This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

**IN THE SUPREME COURT OF THE STATE OF NEW MEXICO**

**Filing Date: June 17, 2024**

**No. S-1-SC-38988**

**CMRE FINANCIAL SERVICES, INC.,**

      Plaintiff-Appellee,

v.

**JASMINE LOPEZ,**

      Defendant-Appellant.

**CERTIFICATION FROM THE COURT OF APPEALS**
**Nancy J. Franchini, District Judge**

Jasmine Lopez
Pro se
Albuquerque, NM

for Appellant

Thomason Law Firm
Bryan W. Thomason
Albuquerque, NM

for Appellee

### DISPOSITIONAL ORDER OF REVERSAL

**PER CURIAM.**

**{1}** WHEREAS, on February 1, 2022, the Court accepted certification and held this matter in abeyance pending this Court's disposition in *Padilla v. Torres*, No. S-1-SC-35619;

**{2}** WHEREAS this Court issued an opinion in *Padilla* on February 5, 2024, reversing and remanding that matter to the metropolitan court for a new trial, *see Padilla v. Torres*, 2024-NMSC-007, ¶ 2, ___ P.3d ___;

**{3}** WHEREAS, the Court concludes that the issues presented in this matter are addressed by the Court's opinion in *Padilla*;

**{4}** WHEREAS, the Court, therefore, exercises its discretion under Rule 12-405(B) NMRA to dispose of this matter by nonprecedential order; and

**{5}** WHEREAS, the Court having considered the foregoing and being sufficiently advised;

**{6}** NOW, THEREFORE, IT IS ORDERED that the Court's February 1, 2022, order is WITHDRAWN as to the abeyance; and

**{7}** IT IS FURTHER ORDERED that the district court is reversed and this matter is remanded to the metropolitan court for a new trial in accordance with *Padilla*.

**{8}** **IT IS SO ORDERED.**

**WE CONCUR:**

**DAVID K. THOMSON, Chief Justice**

**MICHAEL E. VIGIL, Justice**

**C. SHANNON BACON, Justice**

**JULIE J. VARGAS, Justice**

**BRIANA H. ZAMORA, Justice**